

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2023

**MEMO ENDORSED**

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

March 25, 2023

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Reyes v. Cagen Japanese LLC*
      Docket No. 1:23-cv-00586 (PAE) (KHP)

> **APPLICATION GRANTED:** The deadline to respond to the complaint is hereby extended to **May 5, 2023**. The Initial Case Management Conference in this matter scheduled for Thursday, April 20, 2023 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is rescheduled to **Monday, May 8, 2023 at 11:00 a.m.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 03/27/2023

Dear Magistrate Judge Parker:

We represent both defendants in this action. We write to request an extension of time from April 4, 2023 to May 5, 2023 to respond to the complaint in this action.

We request this extension so we may have time to continue discussions about the possibility of an early resolution. The requested extension takes into consideration various court deadlines, appearances, and depositions I have scheduled in April, as well as a vacation. We also request an adjournment of the April 20, 2023 initial conference and related submission until a date after the service of the answer.

Plaintiff's counsel graciously consented to this request. This is our first request for an adjournment and extension.

Thank you for the consideration of this matter.

Very truly yours,

SOKOLOFF STERN LLP

Adam I. Kleinberg

cc:   Bradley Weitz, Esq. (via ECF)