```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO J. REYES,

                                            Plaintiff,

            -against-

CAGEN JAPANESE LLC, a New York
limited liability company, d/b/a CAGEN,
and 412 EAST 9TH STREET REALTY
LLC, a Delaware limited liability company,

                                           Defendant.
-----------------------------------------------------------------X

23-CV-0586 (PAE) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Settlement Dismissal filed on June 4, 2023 (doc. no 16) the Initial Case Management Conference currently scheduled for **July 17, 2023** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
               June 5, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge